Robert H. LIVINGSTON et al.,
Appellants,

v.

TITLE INSURANCE COMPANY OF
MINNESOTA, Appellee.

No. 74–1303.

United States Court of Appeals,
Eighth Circuit.

Submitted Oct. 17, 1974.

Decided Nov. 12, 1974.

Jerome Kalishman, Blumenfeld, Kalishman, Marx, Tureen & Paster, Clayton, Mo., for appellants.

Robert C. Jones, Ziercher, Hocker, Tzinberg, Human & Michenfelder, Clayton, Mo., for appellee.

Before VAN OOSTERHOUT, Senior Circuit Judge, and BRIGHT and ROSS, Circuit Judges.

PER CURIAM.

This is a timely appeal by plaintiffs from final judgment dismissing their petition for damages for breach of defendant's title certificate. The facts, the issues and the basis of decision are fully stated in Judge Harper's well-reasoned opinion. Livingston v. Title Insurance Company of Minnesota, 373 F.Supp. 1185 (E.D.Mo.1974). Our examination of the record and briefs satisfies us that the trial court's decision is supported by substantial evidence and is not induced by any erroneous view of the law. We affirm upon the basis of the trial court's reported opinion.

Affirmed.

John D. McCONNELL, Petitioner-
Appellant,

v.

George E. BARKER, Respondent-
Appellee.

No. 74–1732.

United States Court of Appeals,
Sixth Circuit.

Nov. 8, 1974.

John D. McConnell, pro se.

John M. Famularo, Asst. Commonwealth Atty., Lexington, Ky., for respondent-appellee.

Before PHILLIPS, Chief Judge, and PECK and LIVELY, Circuit Judges.

ORDER

In this case, in which petitioner-appellant has attempted to perfect an appeal from an order of the district court denying his application for a writ of habeas corpus, has come on for consideration pursuant to Rule 3(e), Rules of the Sixth Circuit. It appearing that no timely notice of appeal was filed directed to the final order of the district court, and that although advised of his right under Rule 4(a), Federal Rules of Appellate Procedure, no motion for permission to file a belated notice of appeal was filed within sixty days of the entry of said final order, it is concluded that this Court is without jurisdiction, and accordingly,

It is ordered that this appeal be and it hereby is dismissed.